# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WILSON NORWOOD,<br><br>        Plaintiff,<br><br>   v.<br><br>S. PINA, et al.,<br><br>        Defendants. | CASE NO. 1:09-cv-00830-SMS PC<br><br>ORDER STRIKING UNSIGNED COMPLAINT, AND REQUIRING PLAINTIFF TO FILE SIGNED COMPLAINT WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Plaintiff Kenneth Wilson Norwood is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on May 11, 2009, but did not sign the complaint. Each document submitted for filing must include the original signature of the filing party or parties. Fed. R. Civ. P. 11(a); Local Rule 7-131.

For the foregoing reason, it is HEREBY ORDERED that:

1. Plaintiff's unsigned complaint is STRICKEN from the record;
2. The Clerk's Office shall send Plaintiff a complaint form;
3. Plaintiff shall file a signed complaint within **thirty (30) days** from the date of service of this order; and
4. The failure to file a signed complaint in compliance with this order will result in dismissal of this action.

IT IS SO ORDERED.

**Dated:   May 12, 2009**                /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE