IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WILSON NORWOOD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>S. PINA, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:09-cv-00830-OWW-SMS PC<br><br>ORDER DISREGARDING<br>MOTION TO PROCEED<br>IN FORMA PAUPERIS<br>AS MOOT<br><br>( Motion #9) |

　　　On May 27, 2009, plaintiff filed an application to proceed in forma pauperis.  Due to the fact that the court granted plaintiff's previous application to proceed in forma pauperis in the present case on May 14, 2009, IT IS HEREBY ORDERED THAT plaintiff's application of May 27, 2009, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

**Dated:　May 29, 2009**　　　　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE